UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Nutro Company, | ) | |
| | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | Case No. 4: 11 CV 1674 CDP |
| | ) | |
| Bayer AG, et al., | ) | |
| | ) | |
|     Defendant(s). | ) | |

## ORDER

On September 26, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned an Eastern Division case number. However, the above referenced case requires a Southeastern Division case number.

Therefore, this case must be randomly reassigned a Southeastern Division case number.

**IT IS HEREBY ORDERED** that the Eastern Division case is closed and the case has been reassigned a Southeastern Division case number to be included in the MDL 1811 Genetically Modified Rice Litigation assigned to Chief Judge Catherine D. Perry.


September 27, 2011                                                     JAMES G. WOODWARD
Date                                                                CLERK OF COURT

                                                                                     By: /s/ Karen Moore
                                                                                     Deputy Clerk


**In all future documents filed with the Court, please use the following case number:
1: 11 CV 175 CDP.**