IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In re: | Master Case No: |
| Genetically Modified Rice Litigation | 4:06-MD-1811-CDP |
| This document relates to: | |
| THE NUTRO COMPANY, A CALIFORNIA CORPORATION, FORMERLY NUTRO PRODUCTS, INC., A DELAWARE CORPORATION, | |
| *Plaintiff*, | |
| v. | |
| BAYER AG, BAYER CROPSCIENCE AG, BAYER BIOSCIENCE NV, BAYER CROPSCIENCE LP, BAYER CROPSCIENCE HOLDING INC., BAYER CROPSCIENCE LLC, BAYER CROPSCIENCE INC., BAYER CORPORATION, AND DOES 1-30, INCLUSIVE, | CIVIL ACTION NO.: 1:11-cv-00175-CDP |
| *Defendants*. | |

STATE OF NEW YORK )
                   ) SS.
COUNTY OF KINGS    )

### AFFIDAVIT OF TRANSLATOR

1. I, Tom DeVogelaere, a professional translator, certify that I have translated into the German the following documents filed or to be issued by the Clerk of the Court in this matter:

A. Attached as Exhibit A is the German translation of a Summons directed to Bayer AG.

B. Attached as Exhibit B is the German translation of a Summons directed to Bayer CropScience AG.

C. Attached as Exhibit C is the German translation of Removal documents from Missouri State Court filed by Bayer Cropscience LP, Bayer Cropscience Holding Inc., Bayer Cropscience LLC, Bayer Cropscience Inc., and Bayer Corporation.

D. Attached as Exhibit D is the German translation of the Complaint in this matter.

2. I further certify that I am translator who is fluent in English and German.

3. I certify that, to the best of my knowledge, the German translations attached hereto are true and accurate translations of the original English version of the documents and pleadings in this matter attached as Exhibits A through D.

_____ 3/8/2012
MR. TOM DEVOGELAERE

Subscribed and sworn to before me this 8TH day of MARCH, 2012.

_____
Notary Public

My commission expires: 10/13/13

MARK H GUERRERO
Notary Public - State of New York
NO. 01GU6212297
Qualified in Kings County
My Commission Expires 10/13/13